Filed May 19, 1892.

---

No. 15,267.

THE GREENFIELD GAS COMPANY *v.* THE PEOPLE'S GAS COMPANY ET AL.

From the Hancock Circuit Court.

*D. S. Gooding,* for appellant.

*J. A. New, C. G. Offutt* and *R. A. Black,* for appellee.

COFFEY, J.—The only question discussed by counsel for the appellant in this case relates to the right of the appellees to explode nitro-glycerine in their gas well for the purpose of increasing the flow of gas. The question presented is the same as that which arose on the first cause alleged for an injunction in the case of *People's Gas Co.* v. *Tyner, ante,* p. 277, and upon the authority of that case the judgment in this case is affirmed.

Filed April 30, 1892.

---

No. 16,546.

ALLEN *v.* THE STATE.

From the Vigo Circuit Court.

*W. P. Fishback, W. A. Kappes, — Mack, — Henry, J. E. Piety* and *J. D. Piety,* for appellant.

*A. G. Smith,* Attorney General, for the State.

OLDS, J.—This is a prosecution against the appellant in which he is charged with contempt of court. The facts in this case are substantially the same as those in the case of *Fishback* v. *State, ante,* p. 304. The charge is the publication of the same newspaper articles upon which the charge of contempt is based in that case, and upon the authority of that case this case is reversed, with instruction to grant a new trial, and proceed in accordance with the law as stated in said cause of *Fishback* v. *State, supra,* and discharge the appellant.

Filed April 22, 1892.